# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Martinez Perez Winder Antonio**, | Case No. 2:26-cv-00497-ART-DJA |
| Petitioner, | |
| v. | **ORDER GRANTING** |
| **Pamela Bondi,** *et al.*, | **STIPULATION TO EXTEND DEADLINE TO FILE AMENDED PETITION** |
| Respondents. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for Martinez Perez Winder Antonio, Deputy Attorney General of the United States Todd Blanche, and Assistant United States Attorney JAMES SWEETIN, counsel for Respondents, that the Petitioner's deadline to file an Amended Petition for Writ of Habeas Corpus currently set on March 19, 2026, be extended to and including April 2, 2026. The parties also stipulate that the Respondent's deadline to file an answer to the amended petition be extended to April 23, 2026.

This is the first stipulation to continue the amended petition deadline. Counsel is requesting additional time to consult with the client, in the exercise of due diligence and in the interests of justice, and not for any purpose of delay.

DATED March 19, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By:*/s/Kate Berry*
Kate Berry
Assistant Federal Public Defender
Counsel for Martinez Perez Winder Antonio

By:*/s/ James Sweetin*
JAMES SWEETIN
Assistant United States Attorney
Counsel for Respondents

## ORDER

The parties' stipulation to extend time (ECF No. 8) is granted *nunc pro tunc.* The Petitioner's deadline to file an Amended Petition for Writ of Habeas Corpus is extended to April 2, 2026, and Respondent's deadline to file an answer to the amended petition is extended to April 23, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

**DATED** this 30th day of March, 2026.

2