**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Winder Antonio Martinez Perez,<br><br>      Petitioner,<br><br>    v.<br><br>Todd Blanche, et.al.<br><br>      Respondents. | Case No. 2:26-cv-00497-ART-DJA<br><br>ORDER GRANTING<br>Stipulation for Dismissal<br>Without Prejudice |

Petitioner Winder Antonio Martinez Perez ("Petitioner") and Federal Respondents Michael Bernacke, Todd Lyons, Markwayne Mullin, and Todd Blanche ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for dismissal of the subject First Amended § 2241 Petition without prejudice.

///

///

///

///

///

///

///

Petitioner was granted a bond on April 17, 2026, during his hearing in Immigration Court. He subsequently posted bond and was released on April 21, 2026. Therefore, his Petition for Writ of Habeas Corpus is moot.  As such, the parties stipulate to the dismissal of the subject First Amended § 2241 Petition without prejudice, with each party to bare their own costs and expenses.

Respectfully submitted this 23rd day of April 2026.

RENE L. VALLADARES
Federal Public Defender


/s/ Kate Berry
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org
*Attorney for Petitioner Winder Antonio Martinez Perez*

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney


/s/ James R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney


**IT IS SO ORDERED:**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED THIS 27th day of April, 2026

2